UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FITZROY DUNROD,

    Plaintiff,

v.                                    Case No. 6:22-cv-224-RBD-DCI

WASTE PRO OF FLORIDA, INC.,

    Defendant.
_____

## ORDER

In this Fair Labor Standards Act case, the parties settled their dispute at a settlement conference before U.S. Magistrate Judge Leslie Hoffman Price. (Doc. 36.) Judge Hoffman Price entered a Report and Recommendation stating the terms of the settlement and recommending that the Court find it fair and reasonable. (Doc. 38 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 38) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2.     The parties' settlement agreement, as set forth in the R&R (Doc. 38),

        is **APPROVED** as fair and reasonable.

3.     Per the R&R, the Court will allow this case to remain open while the parties negotiate fees and costs.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 8, 2022.

ROY B. DALTON JR.
United States District Judge